# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GARCIA, et al., ) | |
| ) | Case No. 12-CV-03687 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge: Hon. Joan B. Gottschall |
| ) | |
| J.C. PENNEY CORPORATION, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS

Plaintiffs, through their counsel, move this Court for final approval of class action settlement, service awards, and attorneys' fees and costs. In support of this Motion, Plaintiffs submit a Supporting Memorandum of Law. Defendant supports this motion.

Dated: June 30, 2017

Respectfully submitted,

s/Douglas M. Werman
One of Plaintiffs' Attorneys

Douglas M. Werman –dwerman@flsalaw.com
Maureen A. Salas- msalas@flsalaw.com
Sarah J. Arendt- sarendt@flsalaw.com
Zachary C. Flowerree- zflowerree@flsalaw.com
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008

James C. Kostas
Huffman & Kostas
1441 State Street
San Diego, CA 92101-3421
(619) 544-0880

Sheldon A. Ostroff
Law Offices of Sheldon A. Ostroff
1441 State Street
San Diego, CA 92101-3421
(619) 544-0892