IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA GARCIA and LORE REDNOUR, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 12-CV-03687<br><br>Hon. Joan B. Gottschall |

**ORDER**

This case coming before the Court on the Parties' Joint Motion to Dismiss Class Action with Prejudice, the Court having considered the Motion, it is hereby Ordered that:

This case is dismissed with prejudice pursuant to the Parties' settlement agreement.

DATED: 5/8/18

HON. JOAN B. GOTTSCHALL
U.S. DISTRICT COURT JUDGE